UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-21163-CIV-SCOLA/OTAZO-REYES

JUAN CARLOS PALACIO,

    Plaintiff,

v.

EMPIRE ACADEMY, INC.,
a Florida profit corporation,
and WILMA ALVAREZ,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Juan Carlos Palacio's ("Plaintiff") Motion for Sanctions [D.E. 47]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 54]. The undersigned held a hearing on this matter on February 2, 2016. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that the Motion for Sanctions is GRANTED IN PART as to Edmond Kaboudi, Yoell Caballero, Raidel Fernandez, and Francia Alvarez (collectively, "STUDENTS"). Defendants Empire Academy, Inc. and Wilma Alvarez ("Defendants") may not call STUDENTS in their case-in-chief unless Defendants move for and are granted a reopening of the discovery period for the purpose of deposing STUDENTS. Otherwise, STUDENTS may only be called as impeachment witnesses. It is further

ORDERED AND ADJUDGED that the Motion for Sanctions is DENIED IN PART as to George Del Torre (in lieu of Francisco Perez) and Junior Gonzalez because these witnesses were disclosed to Plaintiff at Defendant Wilma Alvarez's September 29, 2015 deposition.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of February, 2016.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Robert N. Scola, Jr.
Counsel of Record