UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-21163-CIV-SCOLA-REYES

JUAN CARLOS PALACIO,

    Plaintiff,

vs.

EMPIRE ACADEMY, INC.,
a Florida Profit Corporation, and
WILMA ALVAREZ, individually,

    Defendants.
_____/

## PLAINTIFF, JUAN CARLOS PALACIO'S NOTICE OF SATISFACTION OF COST JUDGMENT

Plaintiff, JUAN CARLOS PALACIO ("Plaintiff"), respectfully submits his Notice of Satisfaction of the Cost Judgment against him and states that he has satisfied the cost judgment in the amount of Three Thousand Seven Dollars and Eighty Cents ($3007.80) in favor of the Defendants in this cause of action; see attached Exhibit "A."

**WHEREFORE**, based on the foregoing, the Plaintiff files Notice of Satisfaction of Cost Judgment.

Dated April 12, 2017                      Respectfully submitted by,

/s/ Peter M. Hoogerwoerd
PETER MICHAEL HOOGERWOERD, ESQ.
Florida Bar No. 188239
REMER & GEORGES-PIERRE, PLLC
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
E-Mail: pmh@rgpattorneys.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 12, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Peter M. Hoogerwoerd
PETER MICHAEL HOOGERWOERD, ESQ.
Florida Bar No. 188239
REMER & GEORGES-PIERRE, PLLC
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
E-Mail: pmh@rgpattorneys.com

## SERVICE LIST

Peter Michael Hoogerwoerd, Esq. (188239)
Email: pmh@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
Counsel for Plaintiff,
Juan Carlos Palacio
Served via transmission of Notices of
Electronic Filing generated by CM/ECF

Bradley Francis Zappala
Robert L. Switkes & Associates, P.A.
407 Lincoln Road PHSE
Miami Beach, FL 33139
305-534-4757
Fax: 305-538-5504
Email: bzappala@switkeslaw.com (Inactive)
Counsel for Defendants
Served via transmission of Notices of
Electronic Filing generated by CM/ECF

Robert L. Switkes
Robert L. Switkes & Associates, P.A.
407 Lincoln Road
Penthouse SE
Miami Beach, FL 33139
305-534-4757
Fax: 305-538-5504
Email: rswitkes@switkeslaw.com
Counsel for Defendants
Served via transmission of Notices of
Electronic Filing generated by CM/ECF